UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| | ) No. 4:10CR169 RWS |
| KENNETH ROBERT SIMPSON, | ) ) ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

This matter is before me on defendant's motion to vacate his conviction under 28 U.S.C. § 2255 or, alternatively, under 28 U.S.C. § 1651 or Fed. R. Civ. P. 60. It appears that defendant is attempting to open a new case. Therefore, I will direct the Clerk to administratively terminate this motion and file it as a new action.

Accordingly,

**IT IS HEREBY ORDERED** that Clerk shall administratively terminate this motion and file it as a new civil action pursuant to 28 U.S.C. § 2255.

Dated this 28th day of February, 2014.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE